David Barry and Mary Barry, Appellees, v. Alfred H. Maack, Appellant.

Gen. No. 40,781.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Herbert M. Wetzel and William J. Earley, for appellant; George H. Sugrue, of counsel; Norman Peters and Leo G. Hanna, for appellees. Opinion by JUSTICE SCANLAN. "Not to be published in full."